# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR331 |
| | ) | |
| CAMERON HOLLIS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [12] filed by the defendant is continued to **April 30, 2007** at **1:30 p.m.** before Magistrate Judge David L. Piester, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of March, 2007.

BY THE COURT:

s/ David L. Piester
United States Magistrate Judge